```
                   IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION
```

IN RE: ROGER W & REBECCA GREEN            )
                                          )
American Home Mortgage Servicing, Inc     )
as successor in interest to Option One    )
Mortgage Corporation,                     )
          Creditor,                       )
                                          )
     vs.                                  ) CASE NO. 08B04985
                                          ) JUDGE A. Benjamin Goldgar
ROGER W & REBECCA GREEN,                  )
          Debtors                         )

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes American Home Mortgage Servicing, Inc as successor in interest to Option One Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the May 2011 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of April 11, 2011:

| | |
|---|---:|
| a. Attorney's Fees | $250.00 |
| b. Payments (5/11 – 6/11: 2 @ $757.96) | $1,515.92 |
| c. Late Charges (2 @ $37.90) | $75.80 |
| d. NSF | $9.25 |
| e. Suspense | –$725.70 |
| Total | $1,125.27 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice American Home Mortgage Servicing, Inc as successor in interest to Option One Mortgage Corporation rights to collect these amounts will be unaffected.

Respectfully Submitted,

American Home Mortgage Servicing, Inc as successor in interest to Option One Mortgage Corporation

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604